FRANCIS R. CLAIR, Respondent, v. THE CITY OF NEW YORK, Appellant.—

* Added by Laws of 1920, chap. 917.— [REP.

Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.